<u>NOT FOR PULICATION</u>

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIERRA MICROPRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARRIA NLG, <br><br> Defendants. | Civil Action No. 23-20869 (SDW)(JRA) <br><br> **ORDER** <br><br> September 4, 2024 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on August 13, 2024, by Magistrate Judge Jose R. Almonte ("Judge Almonte"), (D.E. 12), recommending that Plaintiff Sierra Microproducts, Inc., motion to enforce a settlement agreement between it and Defendant Arria NLG, (D.E. 11), be granted. This Court has reviewed the reasons set forth by Judge Almonte in the R&R and notes that neither party filed an objection thereto.  Accordingly, based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Almonte, (D.E. 12), is **ADOPTED** as the conclusion of law of this Court and Sierra Microproducts, Inc.'s motion, (D.E. 11), be **GRANTED.**

      **SO ORDERED.**

 

                                               */s/ Susan D. Wigenton*  
                                               **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:      Parties
          Jose R. Almonte, U.S.M.J.